FILED
2026 MAR 26 PM 2:39
CLERK
U.S. DISTRICT COURT

# Motion for Temporary Restraining Order

Tyler Agle (Pro Se)
US District Court of Utah (Case File)

This is a motion for Temporary Restraining Order. Immediate Notice.

As an extra addition, I request an officer with strong discernment of truth, including competence if a level of distortion may be present.

Case: 2:26-cv-00248
Assigned To : Shelby, Robert J.
Assign. Date : 3/26/2026
Description: Agle v. Fugate et al